AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BLAYNE J. COLEY,

                  Plaintiff,

                                  **JUDGMENT IN A CIVIL CASE**

                     v.

GRANT COUNTY AND THE COMMUNITY,
NEWSPAPER COLUMBIAN BASIN HERALD,    CASE NUMBER: CV-11-085-LRS
EASTERN STATE HOSPITAL, CHURCHES,
INMATES and POLITICAL FIGURES,
                  Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

June 6, 2011                                      JAMES R. LARSEN
*Date*                                                 *Clerk*
                                                       s/ Sheila Parpolia
                                                       *(By) Deputy Clerk*
                                                       Sheila Parpolia